# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| REALTIME ADAPTIVE STREAMING LLC, <br><br> Plaintiff, <br><br> v. <br><br> SLING TV L.L.C., <br> SLING MEDIA, L.L.C., <br> DISH NETWORK L.L.C., <br> DISH TECHNOLOGIES L.L.C. AND <br> ARRIS GROUP, INC., <br><br> Defendants. | Lead Case No. 1:17-cv-02097-RBJ |
| REALTIME ADAPTIVE STREAMING LLC, <br><br> Plaintiff, <br><br> v. <br><br> POLYCOM, INC., <br><br> Defendant. | Case No. 1:17-cv-02692-RBJ |

## JOINT MOTION TO DISMISS RE: POLYCOM

WHEREAS, Plaintiff Realtime Adaptive Streaming LLC ("Plaintiff") and Defendant Polycom, Inc. ("Defendant") have resolved Plaintiff's claims for relief against Defendant and Defendant's counterclaims for relief (if any) against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Defendant, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's claims, defenses or counterclaims for relief (if any) against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated:  September 21, 2018               Respectfully submitted,

By: /s/ *C. Jay Chung*

**Eric B. Fenster**
Eric B. Fenster, LLC
P.O. Box 44011
Denver, CO 80201
Telephone: 720-943-3739
FAX: 720-255-0377
Email: eric@fensterlaw.net
*Attorney for Plaintiff*

**RUSS AUGUST & KABAT**
12424 Wilshire Blvd., 12th Floor,
Los Angeles, CA 90025
Telephone: 310-979-8251

Marc A. Fenster (CA SBN 181067)
Email: mfenster@raklaw.com
Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
Brian D. Ledahl (CA SBN 186579)
Email: bledahl@raklaw.com
C. Jay Chung (CA SBN 252794)
Email: jchung@raklaw.com
Philip X. Wang (CA SBN 262239)
Email: pwang@raklaw.com

*Attorneys for Plaintiff Realtime Adaptive Streaming LLC*

*/s/ Abran Kean*
Abran Kean
Paul Hart
Kelly Hughes
Erise IP P.A.
5600 Greenwood Plaza Blvd.
Greenwood Village, CO 80111
(913) 777-5600
Abran.kean@eriseip.com
Paul.hart@eriseip.com
Kelly.hughes@eriseip.com

        Eric Buresh
        Erise IP P.A.
        7015 College Blvd., Suite 700
        Overland Park, KS 66211
        (913) 777-5600
        Eric.buresh@eriseip.com

***Attorneys for Defendant* Polycom, Inc.**

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on all counsel of record via electronic service on September 21, 2018.

/s/ C. Jay Chung