# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| REALTIME ADAPTIVE STREAMING LLC, | **Lead Case No. 1:17-cv-02097-RBJ** |
| Plaintiff, | |
| v. | |
| SLING TV L.L.C., SLING MEDIA, L.L.C., DISH NETWORK L.L.C., DISH TECHNOLOGIES L.L.C. AND ARRIS GROUP, INC., | |
| Defendants. | |
| REALTIME ADAPTIVE STREAMING LLC, | **Case No. 1:17-cv-02692-RBJ** |
| Plaintiff, | |
| v. | |
| POLYCOM, INC., | |
| Defendant. | |

## ORDER OF DISMISSAL WITH PREJUDICE RE: POLYCOM

On this day, Plaintiff Realtime Adaptive Streaming LLC ("Plaintiff") and Defendant Polycom, Inc. ("Defendant") announced to the Court that they have resolved Plaintiff's claims for relief against Defendant asserted in this case and Defendant's claims, defenses and/or counterclaims for relief (if any) against Plaintiff asserted in this case. Plaintiff and Defendant have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's claims, defenses and/or counterclaims for relief (if any) against Plaintiff without prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal

should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendant Polycom, Inc. are dismissed with prejudice and Defendant's claims, defenses and/or counterclaims for relief (if any) against Plaintiff are dismissed without prejudice.  IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Dated this 15th day of October.                    By the Court

                                                                            *[signature]*

                                                                            R. Brooke Jackson
                                                                            United States District Judge